# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Wisconsin

**Teresa M. Griggs**

       Plaintiff(s),

VS.

**International Brotherhood Of Electrical Workers, et al**

       Defendant(s).

Attorney: Carlos R. Patrana

Cade Law Group, LLC
Post Office Box 170887
Milwaukee WI 53217


*259894*

**Case Number: 2:20-cv-1713**

Legal documents received by Same Day Process Service, Inc. on **11/19/2020** at **12:57 PM** to be served upon **International Brotherhood of Electrical Workers at 900 Seventh Street, N.W., Washington, DC 20001**

I, **Kion Lathan**, swear and affirm that on **December 01, 2020** at **2:41 PM**, I did the following:

Served **International Brotherhood of Electrical Workers** by delivering a conformed copy of the **Summons In A Civil Action; Complaint; Exhibits; Civil Cover Sheet** to **Teknika Brown** as **Authorized Agent** of **International Brotherhood of Electrical Workers** at **900 Seventh Street, N.W. , Washington, DC 20001**.

**Description of Person Accepting Service:**
Sex: Female Age: 36 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Dark Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Kion Lathan**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID: **259894**

District of Columbia: SS
Subscribed and Sworn to before me
this 2 nd day of DEcember 2020

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022